# HINSON SNIPES, LLP

ATTORNEY AT LAW
PRINCETON FORRESTAL VILLAGE
116 VILLAGE BLVD. SUITE 307
PRINCETON, NEW JERSEY 08540

TRACEY HINSON**+  
MAURICE SNIPES

609-452-7333  
FAX: 609-452-7332  
www.hinsonsnipesllp.com

**NJ & NY Bars

May 10, 2021

Clerk

> Re:  MCNAIR v. STATE OF NEW JERSEY et al.,
>      Civil Case No.: 2:21-cv-01289

Dear Sir/Madam:

Please provide me with a new Summons for service of the Amended Complaint.

Thank you for your assistance and professional cooperation.

Very truly yours,

**HINSON SNIPES, LLP**

By: /s/ *Tracey Hinson*
    Tracey C. Hinson, Esquire

/ser  
encl.