

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

June 4, 2021

Via Electronic Filing
Hon. William J. Martini, U.S.D.J.
Hon. Mark Falk, Chief U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street, Rm. 4015
Newark, NJ 07101

    Re:    <u>Elizabeth McNair, Administrator Ad Prosequendum of the Estate of Darrell Smith, and Elizabeth McNair, individually v. State of New Jersey, et al</u>
           Civil Action No. 2:21-cv-01291 (WJM)(MF)

Dear Judge Martini and Judge Falk,

    Our office represents Defendants State of New Jersey, New Jersey Department of Corrections, Special Treatment Unit, Adult Diagnostic Treatment Center, Commissioner Marcus Hicks, and the New Jersey Department of Health ("State Entity Defendants") in the above-captioned matter.

    Plaintiff filed an Amended Complaint on May 5, 2021. The aforementioned State Entity Defendants agreed to waive service and the parties agreed to a sixty-day extension for these defendants to respond, which extended the time until July 12, 2021. The undersigned has requested an additional thirty days to respond to which Plaintiff has consented, as I will be away on vacation when the response is currently due. We respectfully ask Your Honor to allow the State Entity Defendants until August 12, 2021 to respond to Plaintiff's Amended Complaint.

    As this case involves numerous individual Defendants who have now been served and are employed by the New Jersey Department of Corrections, our office is currently determining the representation of these individuals. As our office needs additional time to determine the individuals' representation, Plaintiff has consented to the same time frame for these individuals to respond to the Amended Complaint, extending time to August 12, 2021.

    I appreciate Your Honors' attention to this matter.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3106 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

June 4, 2021
Page 2

      Respectfully,

      GURBIR S. GREWAL
      ATTORNEY GENERAL OF NEW JERSEY

      By:   /s/ Stephanie D. Trotter
              Stephanie D. Trotter
              Deputy Attorney General

cc:    Via e-filing
       Tracey C. Hinson, Esq.
       Hinson Snipes, LLP
       *Counsel for Plaintiff*