**CAPEHART & SCATCHARD, P.A.**
BY: Charles F. Holmgren, Esq.
Attorney I.D. Nos.: 306906
1515 Market Street, Suite 1200
Philadelphia, PA  19102
cholmgren@capehart.com
Attorneys for Defendant
Lt. Francisco Estrada

| | |
|---|---|
| ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually, | UNITED STAET DISTRICT COURT DISTRICT OF NEW JERSEY NEWARK VICINAGE |
| Plaintiffs, | Civil Action |
| vs. | No. 2:21-cv-01291 (WJM)(MF) |
| STATE OF NEW JERSEY, et al. | **NOTICE OF APPEARANCE** |
| Defendants. | |

Kindly enter my appearance as counsel for Defendant Lt. Francisco Estrada in the above-captioned matter.

                                      Respectfully,

                                      */s/ Charles F. Holmgren*
                                      Charles F. Holmgren, Esq.
                                      CAPEHART & SCATCHARD, P.A.
                                      Attorneys for Defendant
                                      Lt. Francisco Estrada

Dated: June 14, 2021