# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH McNAIR, Administrator *Ad Prosequendum* of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually,<br><br>                          Plaintiff,<br><br>    v.<br><br>STATE OF NEW JERSEY; DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT; ADULT DIAGNOSTIC & TREATMENT CENTER; COMMISSIONER MARCUS O. HICKS, in his official and individual capacity; RAYMOND ROYCE, in his official and individual capacity; NEW JERSEY DEPARTMENT OF HEALTH; RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, d/b/a RUTGERS BIOMEDICAL & HEALTH SCIENCES; UNIVERSITY CORRECTIONAL HEALTH CARE; CHARICE POWELL, in her official and individual capacity, GIUSEPPE MANDARA, in his official and individual capacity; HENRY ACEBO, in his official and individual capacity; OFFICER JAGDAT PERSAD, in his official and individual capacity; OFFICER MARZETTIE SHAMBERGER, in his official and individual capacity, SGT. FREDDIE RODRIGUEZ, in his official and individual capacity; OFFICER JOSE VALENTIN, in his official and individual capacity; OFFICER DAMION GILBERT, in his official and individual capacity; OFFICER RONY APONTE, in his official and individual capacity; OFFICER TIMOTHY FOSTER, in his official and individual capacity; OFFICER BENNY PEREZ, in his official and individual | CIVIL ACTION<br><br>NO: 2:21-cv-01291 |

| | |
|---|---|
| capacity; SGT. TIMMIE ORANGE, in his official and individual capacity; SGT. PHILIP RILEY, in his official and individual capacity; LT. ANTONIO COSTEIRO, in his official and individual capacity; LT. FRANCISCO ESTRADA, in his official and individual capacity; ARTHUR BREWER, M.D., CCHO, in his official and individual capacity; FRANK A. GHINASSI, PHD, in his official and individual capacity; JULIE WHITE, MSW, CCHP, in her official and individual capacity; IHUOMA NWACHUKWU, M.D., in her official and individual capacity; BHARATKUMAR R. PATEL, M.D., in his official and individual capacity; BENEDICTA KONAMAH, RN, in her official and individual capacity; BALMATEE NAIDOO, R.N., in her official and individual capacity; YVONNE P. PADEN, R.N., in her official and individual capacity; MARIE COLTILDE FLEURANTIN R.N., in her official and individual capacity; DELORES GUIDA, R.N., in her official and individual capacity; JOHN DOES 1-20, JANE ROES 1-20, in their official and individual capacity, and ABC COMPANY/ CORPORATION, 1-10) (fictitious names), | CIVIL ACTION<br><br>NO: 2:21-cv-01291 |
| Defendants | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter my appearance on behalf of the Defendant, Jagdat Persad in the above-captioned matter.

                                                             */s/ Daniel J. DeFiglio*
                                                             Daniel J. DeFiglio

                                                             ARCHER & GREINER, P.C.
                                                             One Centennial Square
                                                             Haddonfield, NJ 08033
DATED:  August 9, 2021                          ddefiglio@archerlaw.com