# MICHAEL A. ARMSTRONG & ASSOCIATES, LLC

Counselors at Law
79 MAINBRIDGE LANE
WILLINGBORO, NEW JERSEY 08046

TELEPHONE: (609) 877-5511
FACSIMILE: (609) 877-7755

MICHAEL A. ARMSTRONG✦
Email: maa@armstronglawfirm.com

CRISTAL M. HOLMES-BOWIE
Email: chb@armstronglawfirm.com

MORRISON KENT FAIRBAIRN+
Email: mkf@armstronglawfirm.com

ALEXIS A. COTSALAS
Email: aac@armstronglawfirm.com

✦MEMBER NJ, NY & GA BARS

+MEMBER NJ & PA BARS



August 12, 2021

**VIA ELECTRONIC COURT FILING**
Hon. William J. Martini, U.S.D.J.
Hon. Mark Falk, Chief U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street, Rm. 4015
Newark, NJ 07101

      RE:    Elizabeth McNair et al. v. State of New Jersey, et al.
                Civil Action No. 2:21-cv-01291 (WJM)(MF)

Dear Judge Martini and Judge Falk:

      Our office represents Defendant Giuseppe Mandara in the above referenced matter. Defendant Mandara writes to join in the Motion to Strike pursuant to Fed. R. Civ. P. 12(f)(2) filed by Defendants, State of New Jersey, New Jersey Department of Corrections, Special Treatment Unit, Adult Diagnostic Treatment Center, Marcus Hicks, Acting Commissioner Victoria Kuhn, and New Jersey Department of Health, which is currently pending before the Court.  Since the Court's ruling on the Motion will determine whether several paragraphs of the Amended Complaint require an Answer, and pursuant to Fed. R. Civ. P. 12(a)(4), it is respectfully requested that the time for Defendant Mandara to file an Answer or otherwise move be tolled until fourteen (14) days after the Court's ruling on the Motion to Strike.

                                          Respectfully Submitted,

                                          ***s/Morrison Kent Fairbairn***

                                           Morrison Kent Fairbairn

MKF/mkf

Cc: All counsel of record (via ecf)