

*Philip D. Murphy*
*Governor*

*Sheila Y. Oliver*
*Lt. Governor*

*State of New Jersey*
Office of the Attorney General
Department of Law and Public Safety
Division of Law
25 Market Street; PO Box 112
Trenton, NJ 08625-0112

*Andrew J. Bruck*
*Acting Attorney General*

*Michelle L. Miller*
*Director*

October 4, 2021

<u>Via Electronic Filing</u>
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street, Rm. 4015
Newark, NJ 07101

Re:  <u>Elizabeth McNair, Administrator Ad Prosequendum of the Estate of Darrell</u>
     <u>Smith, and Elizabeth McNair, individually v. State of New Jersey, et al</u>
     Civil Action No. 2:21-cv-01291 (WJM)(MF)

Dear Judge Waldor,

Our office represents Defendants State of New Jersey, New Jersey Department of Corrections, Special Treatment Unit, Adult Diagnostic Treatment Center, Commissioner Marcus Hicks, the New Jersey Department of Health, and Raymond Royce ("State Entity Defendants") in the above-captioned matter.

This matter is scheduled for an initial conference this Friday, October 8, 2021 at 10:00 A.M. with our joint discovery plan due tomorrow, October 5, 2021. The State Entity Defendants have filed a partial motion to dismiss and a motion to strike, pursuant to *Fed. R. Civ. P.* 12(f), which are both pending. *ECF No. 32, 63*. Pending the outcome of the motion to strike, many of the individual defendants have not yet filed a responsive pleading. Additionally, Plaintiff's counsel had previously advised the court of a recent loss in her family for which she has been out of the office. *ECF No. 67, 76*. Ms. Hinson has advised that she remains out of the office at this time. For these reasons, we respectfully request an adjournment of the conference.

Respectfully,

ANDREW J. BRUCK
ACTING ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Stephanie D. Trotter
     Stephanie D. Trotter
     Deputy Attorney General



Hughes Justice Complex • Telephone: (609) 376-2440 • Fax: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

October 4, 2021
Page 2

cc:     Via e-filing
        *Counsel for all parties*