# HINSON SNIPES
## ATTORNEYS AT LAW

PRINCETON FORRESTAL VILLAGE
116 VILLAGE BLVD., STE 307, PRINCETON, NEW JERSEY 08540

TRACEY C. HINSON, ESQ ■ *
MAURICE SNIPES, ESQ

TEL: 609-452-7333
FAX: 609-452-7332
www.hinsonsnipesllp.com

■ NJ & NY Bars
* Certified by the Supreme Court of New Jersey as a Certified Civil Trial Attorney

October 17, 2021

via e-file only

**Honorable Susan D. Wigenton, U.S.D.J.**
United States District Court
Martin Luther King, Jr., Building and U.S. Courthouse
50 Walnut Street

RE:  *Carlia Brady v. Township of Woodbridge, et al.,*
     **Civil Action No: 2:19-cv-17868-SDW-LDW**
     **Request to Carry Motions One Cycles**

Your Honor:

This office represents Ms. Carlia Brady in this matter. Due to the unexpected death of a family member, I am currently out of the country.

Accordingly, I write to request that the Court carry the pending *motions for reconsideration*, currently returnable **November 1, 2021**, an additional cycle—*as I am out of the country*—setting the new return date as **November 14, 2021**.

I have reached out to all counsel to obtain their consent and am awaiting their responses.

The Court's attention and courtesy to this matter is greatly appreciated.

HINSON SNIPES, LLP

By: _____
Tracey C. Hinson, Esquire

edd/TCH

Cc: All Counsel via ECF