# HINSON SNIPES
### ATTORNEYS AT LAW

PRINCETON FORRESTAL VILLAGE
116 VILLAGE BLVD., STE 307, PRINCETON, NEW JERSEY 08540

TRACEY C. HINSON, ESQ ■ *
MAURICE SNIPES, ESQ

TEL: 609-452-7333
FAX: 609-452-7332
www.hinsonsnipesllp.com

■ NJ & NY Bars
* Certified by the Supreme Court of New Jersey as a Certified Civil Trial Attorney

**November 8, 2021**

via ecf only

Honorable Cathy L. Waldor, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

  **Re: McNair *et al*. v. State of New Jersey *et al*.**
    **Civil Action No. 2:21-cv-01291 (WJM)(MF)**
    **Request to Adjourn November 9, 2021 Scheduling**
    **Conference considering pending motions**

Your Honor:

  This office represents the plaintiff in this matter. Currently, this matter is scheduled for a 12:30 PM November 9, 2021 scheduling conference. However, considering defendants' pending motion to strike and motion to dismiss; as well as plaintiff's motion to amended pleadings, plaintiff respectfully requests that the Court adjourn conference pending the outcome of the motions.

  The Court's attention and courtesy is greatly appreciated in this regard.

                HINSON SNIPES, LLP

              By: _____
                Tracey C. Hinson, Esquire

TH/edd