**DeCOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
Angelo J. DeFlora, Esq. Attorney ID# 334212021
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Tel: (201) 928-1100
Email: adeflora@decotiislaw.com
*Attorneys for Henry Acebo*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT, ADULT DIAGNOSTIC & TREATMENT CENTER, COMMISSIONER MARCUS O. HICKS, in his official and individual capacity, RAYMOND ROYCE, in his official and individual capacity, NEW JERSEY DEPARTMENT OF HEALTH, RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, d/b/a RUTGERS BIOMEDICAL & HEALTH SCIENCES, UNIVERSITY CORRECTIONAL HEALTH CARE, CHARICE POWELL, in her official and individual capacity, GIUSEPPE MANDARA, in his official and individual capacity, HENRY ACEBO, in his official and individual capacity, OFFICER JAGDAT PERSAD, in his official and individual capacity, OFFICER MARZETTIE SHAMBERGER, in his official and individual capacity, SGT. FREDDIE RODRIGUEZ, in his official and individual capacity, OFFICER JOSE VALENTIN, in his official and individual capacity, OFFICER DAMION GILBERT,  in his official and individual capacity, OFFICER RONY APONTE, in his official and individual capacity, OFFICER TIMOTHY FOSTER, in his official and individual capacity, OFFICER BENNY PEREZ, in his official and individual capacity, SGT. | Civil Action No: 2:21-cv-01291<br><br><br><br>**NOTICE OF APPEARANCE** |

3132778

TIMMIE ORANGE, in his official and individual capacity, SGT. PHILIP RILEY, in his official and individual capacity, LT. ANTONIO COSTEIRO, in his official and individual capacity, LT. FRANCISCO ESTRADA, in his official and individual capacity, ARTHUR BREWER, M.D., CCHO, in his official and individual capacity, FRANK A. GHINASSI, PHD, in his official and individual capacity, JULIE WHITE, MSW, CCHP, in her official and individual capacity, IHUOMA NWACHUKWU, M.D., in her official and individual capacity, BHARATKUMAR R. PATEL, M.D., in his official and individual capacity, BENEDICTA KONAMAH, RN, in her official and individual capacity, BALMATEE NAIDOO, R.N., in her official and individual capacity, YVONNE P. PADEN, R.N., in her official and individual capacity, MARIE COLTILDE FLEURANTIN, R.N., in her official and individual capacity, DELORES GUIDA, R.N., in her official and individual capacity, JOHN DOES 1-20, JANE ROES 1-20, in their official and individual capacity, ABC COMPANY/CORPORATION, 1-10) (fictitious names),

                Defendants.

**TO:**   Clerk of the Court and all parties of record

      **PLEASE TAKE NOTICE** that Angelo J. DeFlora, Esq., hereby appears as counsel on behalf of Defendant, Henry Acebo in the above-captioned matter and that all notices required to be given in this case, and all papers required to be served in this case, shall be given and served upon the undersigned at the address set forth above.

                                                  **DeCOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
                                                  *Attorneys for Defendant, Henry Acebo*

                                           By:     *s/Angelo J. DeFlora*
                                                        Angelo J. DeFlora, Esq.

Dated:  November 9, 2021

                                                                          3132778