

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807

T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4164
Email: nfpellitta@norris-law.com

December 14, 2021

**VIA ECF**

Hon. Cathy Waldor, U.S. Magistrate Judge
United States District Court, District of New Jersey Newark
MLK Federal Building & Courthouse
Room 4040
50 Walnut Street
Newark, NJ 07102

**Re:    Elizabeth McNair, Administrator Ad Prosequendum of the Estate of Darrell Smith
v. State of New Jersey, Department of Corrections, et al
Civil Action No.: 2:21-cv-01291 (WJM-CLW)**

Dear Judge Waldor:

The undersigned is counsel to Rutgers, The State University of New Jersey, Rutgers Biomedical Healthcare, University Correctional Health Care and a number of the individual medical defendants in the above matter ("medical defendants"). Pursuant to the Court's November 9, 2021 Scheduling Order, the parties are to file answers to the Second Amended Complaint within 30 days of filing. The Second Amended Complaint was filed on November 16, 2021. On behalf of the medical defendants, I am requesting a 30 day extension to file an answer. We have been working with our client to contact and coordinate representation of the numerous medical defendants identified by plaintiff and will require the additional time to confirm same.

Thank you for your consideration in this matter.

Respectfully submitted,

NORRIS, McLAUGHLIN, P.A.

*s/Nicholas F. Pellitta*

Nicholas F. Pellitta

NFP/bch
cc: All Parties of Record via ECF