# MacNeill, O'Neill & Riveles, LLC
COUNSELLORS AT LAW

JAY SCOTT MacNEILL †
LAUREN KOFFLER O'NEILL † •
GARY L. RIVELES †
THOMAS J. PYLE, JR *
ROBERT E. SPITZER *
PATRICIA M. WASON ▫
FREDERICK J. HUGHES +

ETHAN LILLIANTHAL •
ANELIA DIKOVYTSKA BROWN *
GARY MINASSIAN

240 CEDAR KNOLLS ROAD—SUITE 104
CEDAR KNOLLS, NEW JERSEY 07927

(973) 409-6600
FAX (862) 260-9313

www.morlawnj.com

† CERTIFIED CIVIL TRIAL ATTORNEY
• NJ AND NY BAR
+ NJ AND PA BAR
▫ NJ, NY AND OH BAR
* NJ, NY AND MA BAR

December 15, 2021

**VIA ECOURTS**

Honorable Cathy Waldor, U.S. Magistrate Judge
United States District Court, District of New Jersey
MLK Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

        RE:    **McNair v. Ghinassi, et al.**
                  **Docket No.: 2:21-CV-01291**
                  **MOR File No. 9028.05406**

Dear Judge Waldor:

       This firm is co-counsel for defendants, Rutgers, The State University of New Jersey, Rutgers Biomedical Healthcare, University Correctional Health Care and a number of the individually named medical defendants in this matter ("Medical Defendants"). We are co-counsel with Nicholas F. Pellitta, Esq., of the law firm of Norris McLaughlin. I write to join in the request contained in Mr. Pellitta's December 14, 2021 letter requesting a 30-day extension to file an Answer on behalf of the Medical Defendants in this matter.

       The court's cooperation in this regard is greatly appreciated.

                                     Respectfully submitted,

                                     MACNEILL, O'NEILL & RIVELES, LLC

                                     Thomas J. Pyle, Jr.

TJP/beb
cc:     All counsel of record