

1415 Marlton Pike (Route 70) East
Cherry Hill Plaza – Suite 205
Cherry Hill, NJ 08034
Phone (856) 795-9110
Toll Free (800) 529-3161
Fax 856-795-8641
www.cooperlevenson.com

**BRIAN D. BARR**
Also admitted to PA Bar
EMAIL: bbarr@cooperlevenson.com

Direct Phone (856) 857-5514
Direct Fax (856) 857-5515

FILE NO. 63638/00001

January 18, 2022

<u>Via Electronic Filing</u>

Honorable William J. Martini
Senior Judge
United States District Court - District of NJ - Newark
MLK Jr. Federal Building & Courthouse
Room 4076
50 Walnut Street
Newark, NJ  07102

Honorable Cathy Waldor
U.S. Magistrate Judge
U.S. District Court - District of New Jersey - Newark
MLK Federal Building & Courthouse
Room 4040
50 Walnut Street
Newark, NJ 07102

    Re:    McNair v. State of New Jersey, et al
             Docket No. 2:21-cv-01291

Dear Judge Martini and Judge Waldor:

    This firm represents Defendant Sergeant Timmie Orange in the above-referenced matter. Please accept this letter brief joining the Motion to Strike Paragraphs 182-205 from Plaintiff's Second Amended Complaint, as well as the State entities' Motion for Partial Dismissal filed under ECF No. 108.

    Thank you for your consideration.

                              Respectfully Submitted,

                              Brian D. Barr

BDB/sc

**COOPER LEVENSON, P.A.**

Honorable William J. Martini
Honorable Cathy Waldor
January 18, 2022
Page 2

cc:   All counsel via ECF notification

CLAC 6752697.1