UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually,<br><br>　　Plaintiff(s)<br><br>　　　　v.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT, ADULT DIAGNOSTIC &. TREATMENT CENTER, COMMISSIONER MARCUS O. HICKS, in his official and individual capacity, RAYMOND ROYCE, in his official and individual capacity, NEW JERSEY DEPARTMENT OF HEALTH, RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, d/b/a/ RUTGERS BIOMEDICAL & HEALTH SCIENCES, UNIVERSITY CORRECTIONAL HEALTH CARE, CHARICE POWELL, in her official and individual capacity, GIUSEPPE MANDARA, in his official and individual capacity, HENRY ACEBO, in his official and individual capacity, OFFICER JAGDAT PERSAD, in his official and individual capacity, OFFICER MARZETTIE SHAMBERGER, in his official and individual capacity, SGT. FREDDIE RODRIGUEZ, in his official and individual capacity, OFFICER JOSE VALENTIN, in his official and individual capacity, OFFICER DAMION GILBERT, in his official and individual capacity, OFFICER RONY APONTE, in his official and individual capacity, OFFICER TIMOTHY FOSTER, in his official and individual capacity, OFFICER BENNY PEREZ, in his official and individual capacity, SGT. TIMMIE ORANGE, in his official and | Civil Action No: 2:21-cv-01291<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

| |
|---|
| individual capacity, ESTATE OF SGT. PHILIP RILEY, in his official and individual capacity, LT. ANTONIO COSTEIRO, in his official and individual capacity, LT. FRANCISCO ESTRADA, in his official and individual capacity, ARTHUR BREWER, M.D., CCHO, in his official and individual capacity, FRANK A. GHINASSI, PHD, in his official and individual capacity, JULIE WHITE, MSW, CCHP, in her official and individual capacity, IHUOMA NWACHUKWU, M.D., in her official and individual capacity, BHARATKUMAR R. PATEL, M.D., in his official and individual capacity, BENEDICTA KONAMAH, RN, in her official and individual capacity, BALMATEE NAIDOO, R.N., in her official and individual capacity, YVONNE P. PADEN, R.N., in her official and individual capacity, MARIE COLTILDE FLEURANTIN R.N., in her official and individual capacity, DELORES GUIDA, R.N., in her official and individual capacity, JOHN DOES 1-20, JANE ROES 1-20, in their official and individual capacity, and ABC COMPANY/ CORPORATION, 1-10) (fictious names),<br><br>    Defendant(s). |

Elizabeth McNair, Administrator Ad Prosequendum of the Estate of Darrell Smith, and Elizabeth McNair, Individually (hereinafter the "Plaintiffs"), and Sgt. Antonio Costeira (improperly pled as Lt. Antonio Costeiro) (hereinafter "Defendant Costeira") hereby stipulate and agree as follows:

1.   All Counts of the Second Amended Complaint are dismissed without prejudice against Defendant Costeira only, with each party to bear their own costs, including any attorney's fees and other expenses of this litigation with respect thereto.

2. Accordingly, there are no remaining claims against Defendant Costeira, who is hereby dismissed entirely from this action without prejudice.

3. Defendant Costeira further agrees that if Plaintiffs choose to refile the above-mentioned action against him, Defendant Costeira will not assert the Statute of Limitations as a defense to such re-filed action.

4. Plaintiffs have not received, and will not receive, any monetary consideration in connection with this voluntary dismissal.

By: */s/ Tracey C. Hinson*

Tracey C. Hinson
HINSON SNIPES, LLP
116 Village Blvd, Suite 307
Princeton, NJ 08540
609-452-7333
thinson@hinsonsnipes.com
*Attorneys for Plaintiffs*

Date: January 27, 2022

By: */s/ Craig A. Domalewski*

Craig A. Domalewski
DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, NJ 07016
908-272-0200
cdomalewski@dughihewit.com
*Attorneys for Defendant*

Date: January 27, 2022