**NORRIS McLAUGHLIN, P.A.**
Annamaria Del Buono, Esq.
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ  08807-5933
(908) 722-0700
Fax: (908) 722-0755
Direct: (908) 252-4252
Email: nfpellitta@norris-law.com

*Attorneys for Defendants Rutgers Biomedical & Health Sciences (improperly pled as Rutgers, The State University of New Jersey, d/b/a Rutgers Biomedical & Health Sciences), University Correctional Health Care, Arthur Brewer, M.D., Frank A. Ghinassi, PHD, Julie White, MSW, CCHP, Ihuoma Nwachukwu M.D., Bharatkumar R. Patel, M.D., Benedicta Konamah, RN, Yvonne P. Paden, R.N., Marie Coltilde Fleurantin, R.N., Delores Guida, R.N. ("Medical Defendants")*

| | |
|---|---|
| **ELIZABETH McNAIR**, Administrator Ad Prosequendum of the **ESTATE OF DARRELL SMITH**, and **ELIZABETH McNAIR**, Individually,<br><br>               Plaintiff,<br>     v.<br>**STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT, ADULT DIAGNOSTIC & TREATMENT CENTER, COMMISSIONER MARCUS O. HICKS**, in his official and individual capacity, **RAYMOND ROYCE**, in his official and individual capacity, **NEW JERSEY DEPARTMENT OF HEALTH, RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY**, d/b/a/ **RUTGERS BIOMEDICAL & HEALTH SCIENCES, UNIVERSITY CORRECTIONAL HEALTH CARE, CHARICE POWELL**, in her official and individual capacity, **GIUSEPPE MANDARA**, in his official and individual capacity, **HENRY ACEBO**, in his official and individual capacity, **OFFICER JAGDAT PERSAD**, in his official and individual capacity, **OFFICER MARZETTIE SHAMBERGER**, in his official and individual capacity, **SGT. FREDDIE RODRIGUEZ**, in his official and individual capacity, **OFFICER JOSE VALENTIN**, in his | UNITED STATES DISTRICT COURT OF NEW JERSEY<br><br><br>Civil Action No.2:21-cv-01291-WJM-MF<br><br><br>**Document Filed Electronically**<br><br><br><br>**NOTICE OF APPEARANCE** |

|  |  |
|---|---|
| official and individual capacity,<br>**OFFICER DAMION GILBERT**, in his official and individual capacity,<br>**OFFICER RONY APONTE**, in his official and individual capacity,<br>**OFFICER TIMOTHY FOSTER**, in his official and individual capacity,<br>**OFFICER BENNY PEREZ**, in his official and individual capacity,<br>**SGT. TIMMIE ORANGE**, in his official and individual capacity,<br>**ESTATE OF SGT. PHILIP RILEY**, in his official and individual capacity,<br>**LT. ANTONIO COSTEIRO**, in his official and individual capacity,<br>**LT. FRANCISCO ESTRADA**, in his official and individual capacity,<br>**ARTHUR BREWER, M.D., CCHO**, in his official and individual capacity,<br>**FRANK A. GHINASSI, PHD**, in his official and individual capacity,<br>**JULIE WHITE, MSW, CCHP**, in her official and individual capacity,<br>**IHUOMA NWACHUKWU, M.D.**, in her official and individual capacity,<br>**BHARATKUMAR R. PATEL, M.D.**, in his official and individual capacity,<br>**BENEDICTA KONAMAH, RN**, in her official and individual capacity,<br>**BALMATEE NAIDOO, R.N.**, in her official and individual capacity,<br>**YVONNE P. PADEN, R.N.**, in her official and individual capacity,<br>**MARIE COLTILDE FLEURANTIN R.N.**, in her official and individual capacity,<br>**DELORES GUIDA, R.N.**, in her official and individual capacity,<br>**JOHN DOES 1-20, JANE ROES 1-20**, in their official and individual capacity, and<br>**ABC COMPANY/ CORPORATION, 1-10**)<br>(fictitious names),<br><br>                    Defendants. |  |

**PLEASE TAKE NOTICE** that Annamaria Del Buono, Esq. of Norris McLaughlin, P.A. hereby enters an appearance on behalf of Defendants, Rutgers Biomedical & Health Sciences (improperly pled as Rutgers, The State University of New Jersey, d/b/a Rutgers Biomedical & Health Sciences), University Correctional Health Care, Arthur Brewer, M.D., Frank A. Ghinassi, PHD, Julie White, MSW, CCHP, Ihuoma Nwachukwu M.D., Bharatkumar R. Patel, M.D., Benedicta Konamah, RN, Yvonne P. Paden, R.N., Marie Coltilde Fleurantin, R.N., Delores Guida, R.N. ("Medical Defendants"), and requests that copies of all papers in this action be served upon the undersigned.

                                        **NORRIS McLAUGHLIN, P.A.**


                              By:   */s/ Annamaria Del Buono*
                                      ANNAMARIA DEL BUONO, ESQ.

Dated: March 30, 2022