**HINSON SNIPES, LLP**

Princeton Forrestal Village
116 Village Boulevard, Suite 307
Princeton, New Jersey 08540
P: (609) 452-7333 & F: (609) 452-7332

**Tracey C. Hinson, Esq.**   Attorney ID# 034542002
**Eric D. Dakhari, Esq.**   Attorney ID# 034762008
Attorneys for Plaintiff

# United States District Court
# District of New Jersey

| | |
|---|---|
| ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENTUNIT, ADULT DIAGNOSTIC & TREATMENT CENTER, COMMISSIONER MARCUS O. HICKS, in his official and individual capacity, RAYMOND ROYCE, in his official and individual capacity, NEW JERSEY DEPARTMENT OF HEALTH, RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, d/b/a/ RUTGERS BIOMEDICAL & HEALTH SCIENCES, UNIVERSITY CORRECTIONAL, ET AL.<br><br>Defendants | Civil Action No. 2:21-cv-01291<br><br>**AFFIDAVIT OF MERIT PURSUANT TO N.J.S.A. 2A:53A-27** |

```
STATE OF NEW YORK        )
                              S.S.
COUNTY OF WESTCHESTER    )
```

Frank Druse, III, PhD, MHA, RN, CEN, CPEN, CMSRN, NEA-BC, being of age, duly sworn, hereby states under oath:

1. I am a licensed registered nurse in the states of New Jersey, New York, Pennsylvania, Connecticut, Michigan, and California.

2. I am board-certified in Basic Life Support for Healthcare Providers, Advanced Cardiac Life Support, Pediatric Advanced Life Support, Emergency Nursing, Pediatric Emergency Nursing, and Legal Nurse Consulting. I devote a substantial portion of my professional time to the clinical practice of nursing which includes the nursing treatment provided here.

3. I have reviewed materials associated with the care of Darrell Smith.

4. Based on my understanding of the facts involved in the treatment rendered here, in my opinion, there exists a reasonable probability that the care, skill, or knowledge exercised and/or exhibited in the treatment, practice, or work performed by multiple healthcare professionals including: *Rutgers Biomedical & Health Sciences (improperly* pled as *Rutgers, The State University of New Jersey d/b/a Rutgers Biomedical & Health Sciences, University Correctional Health Care, Benedicta Konamah, R.N., Balmatee Naidoo, R.N., Yvonne P. Paden, R.N., Marie Coltilde Fleurantin R.N., and Delores Guida, R.N.,* at the Adult Diagnostic & Treatment Center and the Special Treatment Unit at the East Jersey State Prison, fell outside acceptable customs, standards, and practice.

5. I have no financial interest in the outcome of this case.

6. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

*[signature]*
Frank Druse, III
PhD, MHA, RN, CEN, CPEN, CMSRN, NEA-BC

Sworn and subscribed before me this
24 day of May, 2022
*[signature]*
Notary
Attorney-Licensed State of NJ
ID: 034762008
ERIC DAKNARI