**HINSON SNIPES, LLP**

Princeton Forrestal Village
116 Village Boulevard, Suite 307
Princeton, New Jersey 08540

P: (609) 452-7333 & F: (609) 452-7332

**Tracey C. Hinson, Esq.**   Attorney ID# 034542002
**Eric D. Dakhari, Esq.**   Attorney ID# 034762008
Attorneys for Plaintiff

## United States District Court
## District of New Jersey

| | |
|---|---|
| ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT, ADULT DIAGNOSTIC & TREATMENT CENTER, COMMISSIONER MARCUS O. HICKS, in his official and individual capacity, RAYMOND ROYCE, in his official and individual capacity, NEW JERSEY DEPARTMENT OF HEALTH, RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, d/b/a/ RUTGERS BIOMEDICAL & HEALTH SCIENCES, UNIVERSITY CORRECTIONAL, et al.,<br><br>                    Defendants | Civil Action No. 2:21-cv-01291<br><br><br><br>**AFFIDAVIT OF MERIT PURSUANT TO N.J.S.A. 2A:53A-27** |

STATE OF NEW JERSEY)
                              S.S.
COUNTY OF ESSEX      )

I, John A. Russo, M.D. having been duly sworn according to the law do hereby declare the following:

1. I hold an active license as a physician in the states of New Jersey and New York.

2. I am Board Certified by American Board of Internal Medicine. I devote a substantial portion of my professional time to the clinical practice of internal medicine which includes the treatment provided here.

3. I have reviewed materials associated with the care of Darrell Smith.

4. Based on my understanding of the facts involved in the treatment rendered here, in my opinion, there exists a reasonable probability that the care, skill, or knowledge exercised and/or exhibited in the treatment, practice, or work performed by *Rutgers Biomedical & Health Sciences (improperly pled as Rutgers, The State University of New Jersey d/b/a Rutgers Biomedical & Health Sciences), University Correctional Health Care, Arthur Brewer M.D., Ihuoma Nwachukwu M.D., and Bharatkumar R. Patel M.D.,* in the treatment of Darrell Smith, fell outside acceptable customs, standards, and practice.

5. I have no financial interest in the outcome of the case under review.

6. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

John A. Russo, M.D.

Sworn and subscribed before me this ____ day of _____ MAY _____, 2022

Notary: Jonathan Rosenblath
Attorney at Law - State of New Jersey