

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807

T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4164
Email: nfpellitta@norris-law.com

June 9, 2022

**VIA ECF**

Hon. Cathy Waldor, U.S. Magistrate Judge
United States District Court, District of New Jersey Newark
MLK Federal Building & Courthouse
Room 4040
50 Walnut Street
Newark, NJ 07102

**Re:** Elizabeth McNair, Administrator Ad Prosequendum of the Estate of Darrell Smith v. State of New Jersey, Department of Corrections, et al
Civil Action No.: 2:21-cv-01291 (WJM-CLW)

Dear Judge Waldor:

This office, together with the office of MacNeill, O'Neill & Riveles, LLC, represents Defendants Rutgers Biomedical & Health Sciences (improperly pled as Rutgers, The State University of New Jersey, d/b/a Rutgers Biomedical & Health Sciences), University Correctional Health Care and individual medical providers (collectively "Medical Defendants") in the above matter. We are in receipt of correspondence from counsel for the State Entity Defendants requesting a stay of discovery due to an active criminal investigation by the State of New Jersey Office of Public Integrity and Accountability.

On behalf of the Medical Defendants, we have no objection to the State Entity Defendants' request for a stay of discovery provided the stay applies to all parties in this matter. Thank you for your consideration.

Respectfully submitted,

NORRIS, McLAUGHLIN, P.A.

*/s/Nicholas F. Pellitta*
Nicholas F. Pellitta, Esq.

Norris McLaughlin, PA

Hon. Cathy Waldor, U.S. Magistrate Judge
Page 2

                                         MACNEILL, O'NEILL & RIVELES, LLC

                                         */s/Thomas Pyle*
                                         Thomas Pyle, Esq.

NFP/rys
cc:  All Parties of Record via ECF