**NORRIS McLAUGHLIN, P.A.**
Annamaria Del Buono, Esq.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
908-722-0700 - Direct: 908-252-4252
Email: adelbuono@norris-law.com
*Attorneys for Defendants Rutgers Biomedical*
*& Health Sciences (improperly pled as Rutgers,*
*The State University of New Jersey, d/b/a Rutgers*
*Biomedical & Health Sciences), University*
*Correctional Health Care, Arthur Brewer, M.D.,*
*Frank A. Ghinassi, PHD, Julie White, MSW, CCHP,*
*Ihuoma Nwachukwu M.D., Bharatkumar R. Patel, M.D.,*
*Benedicta Konamah, RN, Yvonne P. Paden, R.N., Marie*
*Coltilde Fleurantin, R.N., Delores Guida, R.N.*
*("Medical Defendants")*

| | |
|---|---|
| ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually,<br><br>                    Plaintiff,<br><br>    v.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT, ADULT DIAGNOSTIC & TREATMENT CENTER, COMMISSIONER MARCUS O. HICKS, in his official and individual capacity, RAYMOND ROYCE, in his official and individual capacity, NEW JERSEY DEPARTMENT OF HEALTH, RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, d/b/a/ RUTGERS BIOMEDICAL & HEALTH SCIENCES, UNIVERSITY CORRECTIONAL HEALTH CARE, CHARICE POWELL, in her official and individual capacity, GIUSEPPE MANDARA, in his official and individual capacity, HENRY ACEBO, in his official and individual capacity, OFFICER JAGDAT PERSAD, in his official and individual capacity, OFFICER MARZETTIE SHAMBERGER, in his official and individual capacity, SGT. FREDDIE | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 2:21-cv-01291 (WJM)(CLW)<br><br>Civil Action<br><br>Document Electronically Filed<br><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD AND REQUEST FOR REMOVAL FROM ELECTRONIC FILING SERVICE LIST** |

RODRIGUEZ, in his official and individual capacity, OFFICER JOSE VALENTIN, in his official and individual capacity, OFFICER DAMION GILBERT, in his official and individual capacity, OFFICER RONY APONTE, in his official and individual capacity, OFFICER TIMOTHY FOSTER, in his official and individual capacity, OFFICER BENNY PEREZ, in his official and individual capacity, SGT. TIMMIE ORANGE, in his official and individual capacity, ESTATE OF SGT. PHILIP RILEY, in his official and individual capacity, LT. ANTONIO COSTEIRO, in his official and individual capacity, LT. FRANCISCO ESTRADA, in his official and individual capacity, ARTHUR BREWER, M.D., CCHO, in his official and individual capacity, FRANK A. GHINASSI, PHD, in his official and individual capacity, JULIE WHITE, MSW, CCHP, in her official and individual capacity, IHUOMA NWACHUKWU, M.D., in her official and individual capacity, BHARATKUMAR R. PATEL, M.D., in his official and individual capacity, BENEDICTA KONAMAH, RN, in her official and individual capacity, BALMATEE NAIDOO, R.N., in her official and individual capacity, YVONNE P. PADEN, R.N., in her official and individual capacity, MARIE COLTILDE FLEURANTIN R.N., in her official and individual capacity, DELORES GUIDA, R.N., in her official and individual capacity, JOHN DOES 1-20, JANE ROES 1-20, in their official and individual capacity, and ABC COMPANY/CORPORATION, 1-10) (fictitious names),

Defendants.

PLEASE TAKE NOTICE that I, Annamaria Del Buono, Esq., hereby withdraw as counsel

for Defendants,  Rutgers Biomedical & Health Sciences (improperly pled as Rutgers, The State

University of New Jersey, d/b/a Rutgers Biomedical & Health Sciences), University Correctional

Health Care, Arthur Brewer, M.D., Frank A. Ghinassi, PHD, Julie White, MSW, CCHP, Ihuoma Nwachukwu M.D., Bharatkumar R. Patel, M.D., Benedicta Konamah, RN, Yvonne P. Paden, R.N., Marie Coltilde Fleurantin, R.N., Delores Guida, R.N. ("Medical Defendants")  Accordingly, please remove me from the list of electronic case filing recipients for this matter.

**NORRIS McLAUGHLIN, P.A.**

Dated: July 13, 2022                    By: /s/ *Annamaria Del Buono*
                                             Annamaria Del Buono, Esq.