**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
Grant W. McGuire, Esq. (016801995)
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 622-1800
Attorneys for Defendant, Giuseppe Mandara

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH and ELIZABETH McNAIR, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT, ADULT DIAGNOSTIC & TREATMENT CENTER, COMMISSIONER MARCUS O. HICKS, in his official and individual capacity, RAYMOND ROYCE, in his official and individual capacity, NEW JERSEY DEPARTMENT OF HEALTH, RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, d/b/a RUTGERS BIOMEDICAL & HEALTH SCIENCES, UNIVERSITY CORRECTIONAL HEALTH CARE, CHARICE POWELL, in her official and individual capacity, GIUSEPPE MANDARA, in his official and individual capacity, HENRY ACEBO, in his official and individual capacity, OFFICER JAGDAT, PERSAD, in his official and individual capacity, OFFICER MARZETTE SHAMBERGER, in his official and individual capacity, SGT. FREDDIE RODRIGUEZ , in his official and individual capacity, OFFICER JOSE VALENTIN, in his official and individual capacity, OFFICER DAMION GILBERT, in his official and individual capacity, OFFICER RONY APONTE, in his official and individual capacity, OFFICER TIMOTHY FOSTER, in his official and individual capacity, OFFICER BENNY PEREZ, in his official and individual capacity, SGT. TIMMIE ORANGE, in his official and individual capacity, SGT. PHILIP RILEY, in his official and individual capacity, LT. ANTONIO COSTEIRO, in his official and | Civil Action No. 2:21-cv-01291-WJM-CLW <br><br><br> **SUBSTITUTION OF ATTORNEY** |

individual capacity, LT. FRANCISCO ESTRADA, in his official and individual capacity, ARTHUR BREWER, M.D., CCHO, in his official and individual capacity, JULIE WHITE, MSW, CCHP, in her official and individual capacity, IHUOMA NWACHUKWU, M.D., in her official and individual capacity, BHARATKUMAR R. PATEL, M.D., in his official and individual capacity, BENEDICTA KONAMAH, R.N., in her official and individual capacity, BALMATEE NAIDOO, R.N., in her official and individual capacity, YVONNE P. PADEN, R.N., in her official and individual capacity, MARIE COLTILDE FLEURANTIN, R.N. in her official and individual capacity, DELORES GUIDA, R.N., in her official and individual capacity, JOHN DOES 1-20, JANE ROES 1-20, in their official and individual capacity, and ABC COMPANY/CORPORATION, 1-10 (fictitious names)

Defendants.

The undersigned hereby consents to the substitution of William W. Northgrave, Esq., of McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Roseland, New Jersey 07068, as attorney(s) for Defendant, Giuseppe Mandara, in his official and individual capacity in the above entitled matter.

**MICHAEL A. ARMSTRONG AND ASSOCIATES, LLC**

**McMANIMON, SCOTLAND BAUMANN, LLC**

By: /s/ Morris Kent Fairbairn
    MORRISON KENT FAIRBAIRN
    Withdrawing Attorney(s)

By: /s/ Grant W. McGuire
    GRANT W. McGUIRE
    Superseding Attorney(s)

Dated: July 28, 2022

Dated: July 28, 2022