**POST, POLAK, P.A.**
Frederick B. Polak (028911980)
Siobhan Beere (070802014)
425 Eagle Rock Avenue, Suite 200
Roseland, New Jersey 07068-1717
T. (973) 228-9900
F. (973) 994-1705
fpolak@postpolak.com; sbeere@postpolak.com
Attorneys for Defendant, Rony Aponte
Our File No.: 6861.00001

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH MCNAIR, ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF DARRELL SMITH, AND ELIZABETH MCNAIR, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT, ADULT DIAGNOSTIC & TREATMENT CENTER, COMMISSIONER MARCUS O. HICKS, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, RAYMOND ROYCE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, NEW JERSEY DEPARTMENT OF HEALTH, RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, D/B/A/ RUTGERS BIOMEDICAL & HEALTH SCIENCES, UNIVERSITY CORRECTIONAL HEALTH CARE, CHARICE POWELL, IN HER OFFICIAL AND INDIVIDUAL CAPACITY, GIUSEPPE MANDARA, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, HENRY ACEBO, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, OFFICER JAGDAT PERSAD, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, OFFICER MARZETTIE SHAMBERGER, IN HIS | HON. WILLIAM J. MARTINI, USDJ<br><br>Civil Action No.: 2:21-CV-01291<br><br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>*Document Filed Electronically* |

{01054047.1}

OFFICIAL AND INDIVIDUAL CAPACITY, SGT. FREDDIE RODRIGUEZ, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, OFFICER JOSE VALENTIN, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, OFFICER DAMI ON GILBERT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, OFFICER RONY APONTE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, OFFICER TIMOTHY FOSTER, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, OFFICER BENNY PEREZ, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, SGT. TIMMIE ORANGE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, SGT. PHILIP RILEY, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, LT. ANTONIO COSTEIRO, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, LT. FRANCISCO ESTRADA, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, ARTHUR BREWER, M.D., CCHO, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, FRANK A. GHINASSI, PHD, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, JULIE WHITE, MSW, CCHP, IN HER OFFICIAL AND INDIVIDUAL CAPACITY, IHUOMA NWACHUKWU, M.D., IN HER OFFICIAL AND INDIVIDUAL CAPACITY, BHARATKUMAR R. PATEL, M.D., IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, BENEDICTA KONAMAH, RN, IN HER OFFICIAL AND INDIVIDUAL CAPACITY, BALMATEE NAIDOO, R.N., IN HER OFFICIAL AND INDIVIDUAL CAPACITY, YVONNE P. PADEN, R.N., IN HER OFFICIAL AND INDIVIDUAL CAPACITY, MARIE COLTILDE FLEURANTIN R.N., IN HER OFFICIAL AND INDIVIDUAL CAPACITY, DELORES GUIDA, R.N., IN HER OFFICIAL AND INDIVIDUAL CAPACITY, JOHN DOES 1-20, JANE ROES 1-20, IN THEIR OFFICIAL AND

| |
|---|
| INDIVIDUAL CAPACITY, AND ABC COMPANY/ CORPORATION, 1-10) (FICTITIOUS NAMES),<br><br>**Defendants.** |

Elizabeth McNair, Administrator Ad Prosequendum of The Estate of Darrell Smith, and Elizabeth McNair, Individually ("Plaintiffs"), and Rony Aponte ("Defendant Aponte") hereby stipulate and agree as follows:

1. All Counts of the Second Amended Complaint are dismissed without prejudice against Defendant Aponte only, with each party to bear their own costs, including any attorneys' fees and other expenses of this litigation with respect thereto.

2. Accordingly, there are no remaining claims against Defendant Aponte, who is hereby dismissed entirely from this action without prejudice.

3. Defendant Aponte further agrees that if Plaintiffs choose to re-file the above-referenced action against him, Defendant Aponte will not assert the Statute of Limitations as a defense to such re-filed action.

4. Plaintiffs have not received, and will not receive, any monetary consideration in connection with this voluntary dismissal.

By: /s/ Tracey Hinson
    Tracey C. Hinson

**HINSON SNIPES, LLP**
*Attorneys for Plaintiffs*
116 Village Blvd., Suite 307
Princeton, New Jersey 08540
(609) 452-7333
thinson@hinsonsnipes.com

Dated: 8/17/22

By: [signature]
    Frederick B. Polak

**POST POLAK, P.A.**
*Attorneys for Defendant Rony Aponte*
425 Eagle Rock Avenue, Suite 200
Roseland, New Jersey 07068
(973) 228-9900
fpolak@postpolak.com

Dated: 8/19/22

{01054047.1}