Michael Lazarus, Esq. – I.D. Number 032211982
DUGHI, HEWIT & DOMALEWSKI
340 North Avenue
Cranford, New Jersey 07106
(908) 272-0200
Attorneys for Defendant, Balmatee Naidoo, RN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELIZABETH MCNAIR, ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF DARRELL SMITH, AND ELIZABETH MCNAIR, INDIVIDUALLY, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT, ADULT DIAGNOSTIC & TREATMENT CENTER, COMMISSIONER MARCUS O. HICKS, in his official and individual capacity, RAYMOND ROYCE, in his official and individual capacity, NEW JERSEY DEPARTMENT OF HEALTH, RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, d/b/a RUTGERS BIOMEDICAL & HEALTH SCIENCES, UNIVERSITY CORRECTIONAL HEALTH CARE, CHARICE POWELL, in her official and individual capacity, GIUSEPPE MANDARA, in his official and individual capacity, HENRY ACEBO, in his official and individual capacity, OFFICER JAGDAT PERSAD, in his official and individual capacity, OFFICER MARZETTE SHAMBERGER, in his official and individual capacity, SGT. FREDDIE RODRIGUEZ, in his official and individual capacity, OFFICER JOSE VALENTIN, in his official and individual capacity, OFFICER DAMION GILBERT, in his official and individual capacity, OFFICER RONY APONTE, in his official and individual | Civil Action No.: 2:21-cv-01291 <br><br> **NOTICE OF APPEARANCE** |

| | |
|---|---|
| capacity, OFFICER TIMOTHY FOSTER, in his official and individual capacity, OFFICER BENNY PEREZ, in his official and individual capacity, SGT. TIMMIE ORANGE, in his official and individual capacity, SGT. PHILIP RILEY, in his official and individual capacity, LT. ANTONIO COSTEIRO, in his official and individual capacity, LT. FRANCISCO ESTRADA, in his official and individual capacity, ARTHUR BREWER, M.D., CCHO, in his official and individual capacity, FRANK A. GHINASSI, PHD, in his official and individual capacity, JULIE WHITE, MSW, CCHP, in her official and individual capacity, IHUOMA NWACHUKWU, M.D., in her official and individual capacity, BHARATKUMAR R. PATEL, M.D., in his official and individual capacity, BENEDICTA KONAMAH, RN, in her official and individual capacity, BALMATEE NAIDOO, RN; in her official and individual capacity, YVONNE P. PADEN, RN; in her official and individual capacity, MARIE COLTILDE FLEURANTIN, RN, in her official and individual capacity, DELORES GUIDA, RN; in her official and individual capacity, JOHN DOES 1-20, JANE ROES 1-20, in their official and individual capacity, and ABC COMPANY/CORPORATION, 1-10) (fictitious names),<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant, Balmatee Naidoo, RN in the above-referenced matter.

**Dughi, Hewit & Domalewski**
Attorneys for Defendant, Balmatee Naidoo, RN

By: _____*/s/ Michael Lazarus*_____
           Michael Lazarus, Esq.

Dated:   October 20, 2022

G:\17752\WORD.DOC-DRAFTS\McNair-17752-2022-10-20-PLD (Notice of Appearance)-COURT-MLL.docx