AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Elizabeth McNair, Administrator Estate of Darrell Smith )<br>*Plaintiff* )<br>v. )<br>State of New Jersey, et al. )<br>*Defendant* ) | Case No.   2:21-cv-01291-WJF-MF |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Balmatee Naidoo, R.N.                                                                                                               .

Date:    11/02/2022

/s/ Brandon D. Minde
*Attorney's signature*

Brandon D. Minde 027972004
*Printed name and bar number*
Dughi, Hewit & Domalewski, P.C.
340 North Avenue
Cranford, NJ  07016

*Address*

bminde@dughihewit.com
*E-mail address*

(908) 272-0200
*Telephone number*

(908) 272-0909
*FAX number*