# HINSON SNIPES LLP
## ATTORNEYS AT LAW

PRINCETON FORRESTAL VILLAGE
116 VILLAGE BLVD., SUTE 307, PRINCETON, NEW JERSEY 08540

TRACEY HINSON *+
MAURICE SNIPES

*NJ & NY Bars
+Certified by the Supreme Court of New Jersey as a Certified Civil Trial Attorney

Tel: 609-452-7333
Fax: 609-452-7332
www.hinsonsnipesllp.com

December 6, 2023

**Via Electronic Filing**
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street, Rm. 4015
Newark, NJ 07101

**Re:** Elizabeth McNair, et al. v. State of New Jersey, et al.,
Civil Action No: 2:21-cv-01291-WJM-CLW

Your Honor:

A status conference is currently scheduled for December 7, 2023, at 11:30 a.m. Due to the sudden and unexpected death of my sister, I humbly request a two-week adjournment. Counsel for Defendants consent to the adjournment.

I appreciate the Court's consideration and assistance in this matter. I can be reached at (609) 452-7333 or via email at hinsonsnipes@hinsonsnipes.com if the Court has any further concerns.

                                        **HINSON SNIPES, LLP**

                                        By: _____
                                            Tracey C. Hinson, Esquire

cc: All Counsel