U.S. DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually,<br><br>                      Plaintiff,<br>      v.<br><br>**STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT, ADULT DIAGNOSTIC & TREATMENT CENTER, COMMISSIONER MARCUS O. HICKS,** in his official and individual capacity, **RAYMOND ROYCE,** in his official and individual capacity, **NEW JERSEY DEPARTMENT OF HEALTH, RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY,** d/b/a/ **RUTGERS BIOMEDICAL & HEALTH SCIENCES, UNIVERSITY CORRECTIONAL HEALTH CARE, CHARICE POWELL,** in her official and individual capacity, **GIUSEPPE MANDARA,** in his official and individual capacity, **HENRY ACEBO,** in his official and individual capacity, **OFFICER JAGDAT PERSAD,** in his official and individual capacity, **OFFICER MARZETTIE SHAMBERGER,** in his official and individual capacity, **SGT. FREDDIE RODRIGUEZ,** in his official and individual capacity, **OFFICER JOSE VALENTIN,** in his official and individual capacity, **OFFICER DAMION GILBERT,** in his official and individual capacity, **OFFICER RONY APONTE,** in his official and individual capacity, **OFFICER TIMOTHY FOSTER,** in his official | CIVIL ACTION NO: 2:21-cv-01291<br><br>**NOTICE OF APPEARANCE AS CO-COUNSEL** |

and individual capacity, **OFFICER BENNY PEREZ**, in his official and individual capacity, **SGT. TIMMIE ORANGE**, in his official and individual capacity, **ESTATE OF SGT. PHILIP RILEY**, in his official and individual capacity, **LT. ANTONIO COSTEIRO**, in his official and individual capacity, **LT. FRANCISCO ESTRADA**, in his official and individual capacity, **ARTHUR BREWER, M.D., CCHO**, in his official and individual capacity, **FRANK A. GHINASSI, PHD**, in his official and individual capacity, **JULIE WHITE, MSW, CCHP**, in her official and individual capacity, **IHUOMA NWACHUKWU, M.D.**, in her official and individual capacity, **BHARATKUMAR R. PATEL, M.D.**, in his official and individual capacity, **BENEDICTA KONAMAH, RN**, in her official and individual capacity, **BALMATEE NAIDOO, R.N.**, in her official and individual capacity, **YVONNE P. PADEN, R.N.**, in her official and individual capacity, **MARIE COLTILDE FLEURANTIN R.N.**, in her official and individual capacity, **DELORES GUIDA, R.N.**, in her official and individual capacity, **JOHN DOES 1-20, JANE ROES 1-20**, in their official and individual capacity, and **ABC COMPANY/ CORPORATION, 1-10)** (fictitious names),

Defendants.

Please enter my appearance as co-counsel for Defendants STATE OF NEW JERSEY, NEW JERSEY DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT, ADULT DIAGNOSTIC TREATMENT CENTER, COMMISSIONER

MARCUS O. HICKS, RAYMOND ROYCE, and NEW JERSEY DEPARTMENT OF HEALTH in the above-captioned matter.

                          KENT & McBRIDE, P.C.

                          By: _____
                              Dominique N. Ryan, Esq.
                              Attorney ID No.: 040142000

March 26, 2024