Steven K. Parness - ID #027111993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
parness@methwerb.com
Attorneys for Timothy Foster
Our File No.  90645 SKP

| | |
|---|---|
| ELIZABETH MCNAIR, ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF DARRELL SMITH, AND ELIZABETH MCNAIR, INDIVIDUALLY<br><br>Plaintiff<br><br>V.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, ET AL.<br><br>Defendant | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY- NEWARK CIVIL ACTION NO.: 2:21-cv-01291-WJM-CLW<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

The undersigned hereby enters an appearance as attorney for Defendant Officer Timothy Foster, in his official and individual capacity.

                                          **METHFESSEL & WERBEL, ESQS.**
                                          Attorneys for Defendant Timothy Foster

By:_____
            Steven K. Parness

DATED:  October 8, 2024