**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Victor A. Afanador, Esq.
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Phone: (973) 623-3000
Fax: (973) 623-0858
vafanador@litedepalma.com

*Attorneys for Defendant, Sgt. Freddie Rodriguez*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT ADULT DIAGNOSTIC &. TREATMENT CENTER, et al<br><br>*Defendants*. | Civil Action No.: 2:21-cv-01291(WJM)(MF)<br><br>**NOTICE OF WITHDRAWAL OF JOSHUA S. KAUFMAN AS COUNSEL OF RECORD** |

TO: THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that JOSHUA S. KAUFMAN is no longer an attorney at Lite DePalma Greenberg & Afanador, LLC and is withdrawn as counsel of record for the *Defendant, Sgt. Freddie Rodriguez*. Lite DePalma Greenberg & Afanador, LLC continues to represent the *Defendant, Sgt. Freddie Rodriguez*. All future papers should continue to be directed to the undersigned counsel.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: October 21, 2024    */s/ Victor A. Afanador*
           Victor A. Afanador
           vafanador@litedepalma.com

895642.1