## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEW JERSEY, et al.,<br><br>Defendants. | CASE NO. 2:21-cv-01291-WJM-CLW<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO MARZETTIE SHAMBERGER |

Elizabeth McNair Administrator Ad Prosequendum of the Estate of Darrell Smith, and Elizabeth McNair, Individually ("Plaintiffs"), and Defendant Marzettie Shamberger ("Defendant Shamberger"), hereby stipulate and agree as follows:

1. All Counts of the Second Amended Complaint are dismissed without prejudice against Defendant Shamberger only, with each party to bear their own costs, including any attorneys' fees and other expenses of this litigation with respect thereto.

2. Accordingly, there are no remaining claims against Defendant Shamberger, who is hereby dismissed entirely from this action without prejudice.

3. Defendant Shamberger further agrees that if Plaintiffs choose to re-file the above-referenced action against him, Defendant Shamberger will not assert the Statute of Limitations as a defense to such re-filed action.

4. Plaintiffs have not received, and will not receive, any monetary consideration in connection with this voluntary dismissal.

| | |
|---|---|
| HINSON SNIPES, LLP<br>116 Village Blvd, Suite 307<br>Princeton, New Jersey 08540<br>(609) 452-7333<br>*Attorneys for Plaintiffs* | ATTWOOD CORLETT LLC<br>1 Kalisa Way, Suite 207<br>Paramus, NJ 07652<br>(201) 979-0010<br>*Attorneys for Defendant*<br>*Officer Marzettie Shamberger* |
| By: *TRACEY HINSON*<br>  Tracey C. Hinson, Esq. | By:   s/Dawn Attwood<br>    Dawn Attwood, Esq. |