## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEW JERSEY, et al.,<br><br>Defendants. | CASE NO. 2:21-cv-01291-WJM-CLW<br><br>CIVIL ACTION<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO MARZETTIE SHAMBERGER |

Elizabeth McNair Administrator Ad Prosequendum of the Estate of Darrell Smith, and Elizabeth McNair, Individually ("Plaintiffs"), and Defendant Marzettie Shamberger ("Defendant Shamberger"), hereby stipulate and agree as follows:

1. All Counts of the Second Amended Complaint are dismissed without prejudice against Defendant Shamberger only, with each party to bear their own costs, including any attorneys' fees and other expenses of this litigation with respect thereto.

2. Accordingly, there are no remaining claims against Defendant Shamberger, who is hereby dismissed entirely from this action without prejudice.

3. Defendant Shamberger further agrees that if Plaintiffs choose to re-file the above-referenced action against him, Defendant Shamberger will not assert the Statute of Limitations as a defense to such re-filed action.

4. Plaintiffs have not received, and will not receive, any monetary consideration in connection with this voluntary dismissal.

HINSON SNIPES, LLP
116 Village Blvd, Suite 307
Princeton, New Jersey 08540
(609) 452-7333
*Attorneys for Plaintiffs*

By: *Tracey Hanson*
    Tracey C. Hinson, Esq.

ATTWOOD CORLETT LLC
1 Kalisa Way, Suite 207
Paramus, NJ 07652
(201) 979-0010
*Attorneys for Defendant*
*Officer Marzettie Shamberger*

By:   s/Dawn Attwood
      Dawn Attwood, Esq.

So Ordered on 12/9/2024:

_____
William J. Martini, U.S.D.J.

2