Steven K. Parness - ID #027111993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
parness@methwerb.com
Attorneys for Defendant Timothy Foster
Our File No. 90645 SKP

| | |
|---|---|
| ELIZABETH MCNAIR, ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF DARRELL SMITH, AND ELIZABETH MCNAIR, INDIVIDUALLY<br><br>Plaintiffs<br><br>V.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, SPECIAL TREATMENT UNIT, ADULT DIAGNOSTIC & TREATMENT CENTER, ET AL.<br><br>Defendants | UNITED STATES DISTRICT COURT – DISTRICT OF NEW JERSEY-NEWARK<br>CIVIL ACTION: 2:21-cv-01291-WJM-CLW<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT OFFICER TIMOTHY FOSTER** |

**THIS MATTER** in difference in the above entitled action having been amicably adjusted by and between Plaintiffs Elizabeth McNair, Administrator *Ad Prosequendum*, and Elizabeth McNair, Individually, and Defendant Officer Timony Foster, it is hereby stipulated and agreed that the same be and hereby is dismissed without prejudice and without costs against either party.

| HINSON SNIPES, LLP | METHFESSEL & WERBEL, ESQS. |
|---|---|
| *[signature]* | *[signature]* |
| Tracey Hinson, Esq.<br>Attorneys for Plaintiffs<br>ELIZABETH MCNAIR,<br>ADMINISTRATOR AD<br>PROSEQUENDUM OF THE<br>ESTATE OF DARRELL SMITH,<br>AND ELIZABETH MCNAIR,<br>INDIVIDUALLY | Steven K. Parness, Esq.<br>Attorneys for Defendant<br>Officer Timothy Foster |
| Dated: 1/13/25 | Dated: 1/13/2025 |

So Ordered on 1/14/2025:

*[signature]*

William J. Martini, U.S.D.J.