Brian D. Barr, Esquire
Attorney I.D. No. 020031989
COOPER LEVENSON, P.A.
1415 Marlton Pike East, Suite 205
Cherry Hill, NJ 08034
(856) 795-9110 – Telephone
(856) 795-8641 – Fax
Attorney for Sgt. Timmie Orange in his official and individual capacity

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ELIZABETH McNAIR, Administrator Ad Prosequendum of the ESTATE OF DARRELL SMITH, and ELIZABETH McNAIR, Individually,**<br><br>Plaintiff<br><br>**v.**<br><br>**STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS, et al.,**<br><br>Defendants | Civil Action No: 2:21-cv-01291 |

**ORDER FOR DEPOSITIONS**

This matter having been opened to Court by Cooper Levenson, P.A., Brian D. Barr, Esquire, attorneys for Defendant, Sgt. Timmie Orange, in his official and individual capacity, on notice to all counsel for the purposes of conducting videotaped depositions of certain Resident Witnesses at the Adult Diagnostic & Treatment Center, and for other good cause shown;

**IT IS** on this 15th day of May, 2026,

**ORDERED** that **Brian D. Barr**, Esquire of Cooper Levenson, P.A., counsel for Sgt. Timmie Orange, in his official and individual capacity, is permitted to conduct via Zoom or Microsoft Teams, the depositions of the following Resident Witness: **Scott Williamson Resident ID#57**; and it is further

**ORDERED** that some or all these depositions may be video recorded; and it is further

**ORDERED** that the following attorneys who represent **Plaintiff, Tracey C. Hinson, Esquire, Hinson Snipes, LLP,** and attorneys for the **Defendants** in the within matter are hereby permitted to attend the depositions of the Resident Witnesses listed above: Geoffrey N. Stark, Esquire, Capehart & Scatchard, P.A. for **Defendant Lt. Francisco Estrada**; Gary Lipshutz, Esquire, Victor A. Afanador, Esquire, Lite Depalma Greenberg & Afanador, for Defendant, **Sgt. Freddie Rodriquez**; Anthony James Vinhal, Esquire, Domenick Carmagnola, Esquire, Carmagnola & Ritardi, LLC, for **Officer Damion Gilbert**; James Griffin, Esquire, DeCotis Fitzpatrick Cole & Giblin, LLC, for Defendant, **Officer Henry Acebo**; Thomas C. Hart, Esquire, Steven Olivio, Esquire, and Louis A. DiLeo, Esquire Ruprecht Hart Ricciardulli & Sherman, LLP, for **Officer Jose Valentin**; Morrison Kent Fairbairn, Esquire, Michael A. Armstrong & Associates, for Defendant **Guiseppe Manadara**; Amanda A. King, Esquire and Ashley A. Varghese, Esquire, Gordon Rees Scully Mansukhani, for **Officer Charice Powell**; Dominique Nicole Ryan, Esquire, John P. Shea, Esquire, Antonio V. Sorrentino, Esquire, Kent & McBride, P.C. for Defendants **ADTC, NJDOC, NJDOH, STU, State of New Jersey, Commissioner Marcus O. Hicks, Raymond Royce**; Nicholas Francis Pellitta, Esquire, Ethan Joshua Lillianthal, Esquire, Esad Amir Metjahic, Esquire, Gary L. Riveles, Esquire, McNeil O'Neil, Riveles & Spitzer **AND** Matthew C. Wells, Esquire, Nicholas Francis Pellitta, Esquire, Norris McLaughlin, P.A. for Defendants **Rutgers, the State of NJ d/b/a Rutgers Biomedical & Health Services, University Correctional Healthcare, Arthur Brewer, M.D.**

**Benedicta Konomah, RN, Bharatkumar R. Patel, M.D., Delores Guida, RN, Frank A. Ghinassi, Ihuoma Nwachukwu, M.D., Julie White, MSW, CCHP, Maria Coltilde Fleurantin, RN, Yvonne Paden, RN**; Brandon D. Minde, Esquire and Amelia Lyte, Esquire, Dughi Hewitt & Domalewski, for Defendant **Balmatee Naidoo**; and it is further

**ORDERED** that in the event the depositions cannot be conducted via Zoom or Microsoft Teams, that all counsel listed above are permitted to enter the Adult Diagnostic and Treatment Center/Special Treatment Unit, ("ADTC", "STU"), located at 8 Production Way, Woodbridge, New Jersey 07095, for the purposes of conducting the videotaped depositions of the above-referenced Residents; and it is further

**ORDERED** that all counsel mentioned above, be and are hereby permitted to bring in the following items for use during the taking of the witnesses' deposition: case-related file, pens and/or pencils, note pads and no more than one laptop or electronic tablet per attorney; and it is further

**ORDERED** that a representative of Steno is hereby permitted to record the deposition via Zoom or Microsoft Teams, or in the alternative, enter the Adult Diagnostic and Treatment Center/Special Treatment Unit, ("ADTC/STU"), located at 8 Production Way, Woodbridge, New Jersey 07095, for the purposes of recording the depositions of the above-referenced Resident Witnesses. The specific identity of the court reporter will be identified to the Administration Office of the ADTC upon counsel's receipt of specific dates that the depositions may be held at the facility for the purpose of confirming this individual's security clearance; and it is further

**ORDERED** that said court reporter will also be permitted to bring in the following equipment for use in the completion of taking of the above named Resident Witnesses depositions: stenographic writing machine, tripod and carrying case, laptop computer with cabling, including a USB cable, power cord, extension cord and carrying case, into the Adult Diagnostic and Treatment

Center/Special Treatment Unit. The court reporter will identify the equipment, if required; and it is further

**ORDERED** that a representative of Steno Court Reporters, is hereby permitted to video record the deposition via Zoom or Microsoft Teams, or in the alternative, is hereby permitted to enter the Adult Diagnostic and Treatment Center/Special Treatment Unit, ("ADTC," "STU"), located at 8 Production Way, Woodbridge, New Jersey 07095, for the purposes of video recording the above-named Resident Witnesses depositions. The specific identity of the videographer will be identified to the Adult Diagnostic and Treatment Center/Special Treatment Unit upon counsel's receipt of a specific date that the depositions may be held at the facility for the purpose of confirming this individual's security clearance; and it is further

**ORDERED** that said videographer be and is hereby permitted to bring in the following equipment for use in the completion of the video recording of the Defendants' depositions: camcorder, power cable, and batteries (3x); 2x-4 channel zoom audio mixer and power cable; 6 XLR Lav microphones; 6 XLR cables, 2 Shure boundary microphones; 2 laptops and power cables; 2 Ipad and power cables; HDMI cable and capture card; tripod; foldable backdrop; 15 foot power extension cord and power strip; 20 foot AUX cable; headphones; and cases and bags which houses everything, into the Adult Diagnostic and Treatment Center/Special Treatment Unit. The videographer will identify the equipment, if required; and it is further

**ORDERED** that the videotaped depositions of above-named Resident Witnesses be scheduled and conducted on <u>three separate dates</u>, within thirty (30) days of the Administration Office's receipt of this Order and receipt of security clearance from the New Jersey Department of Corrections, for all individuals appearing for the videotaped depositions. Additionally, in the event the videotaped depositions of the above-named Resident Witnesses are not completed on that date, it

is further

**ORDERED** that the continuation of the videotaped depositions of the above-named Resident Witnesses shall be rescheduled for a second date within fourteen (14) days, for the purpose of completing said depositions; and it is further

**ORDERED** that all persons previously cleared for entry into the Adult Diagnostic and Treatment Center/Special Treatment Unit for the videotaped depositions are hereby permitted to re-enter the correctional facility for the completion of those depositions.

**SO ORDERED.**

***/s/ Cari Fais***

HON. CARI FAIS, U.S.M.J.